No. 89–7125.   R. P. Z. v. NEW JERSEY.   C. A. 3d Cir.   Certiorari denied.

No. 89–7126.   MARTIN v. SHANK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–7127.   LEPISCOPO v. PENITENTIARY HOSPITAL OF NEW MEXICO ET AL.   Sup. Ct. N. M.   Certiorari denied.

No. 89–7128.   ROBINSON v. DUBINA ET AL.   Sup. Ct. Ohio. Certiorari denied.

No. 89–7135.   BARNTHOUSE v. JACKSON, FKA BARNTHOUSE. Ct. App. Colo.   Certiorari denied.

No. 89–7137.   LECHIARA v. MILLER ET AL.   Cir. Ct. Monongalia County, W. Va.   Certiorari denied.

No. 89–7140.   PUGH v. PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–7142.   HOWARD v. PLUCKETT ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–7147.   CHISLER v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 89–7148.   SALMON v. CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT.   C. A. 5th Cir.   Certiorari denied.

No. 89–7151.   RICHARDSON v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.   C. A. 5th Cir.   Certiorari denied.

No. 89–7155.   SMITH v. ALEXANDER, WARDEN.   C. A. 6th Cir.   Certiorari denied.   Reported below: 888 F. 2d 399.

No. 89–7162.   BARHAM v. POWELL, COMMISSIONER, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 1st Cir.   Certiorari denied.